UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OMNI HOME FINANCING, INC., A California Corporation; KEITH W. MURPHY, An Individual; ANTHONY A. GAGLIONE, An Individual; DAVID A. BANCROFT, An Individual; OMNI HOME FINANCING, INC. 412(I) DEFINED BENEFIT PLAN, An Employee Benefits Plan Under ERISA, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, A Delaware Corporation; PAUL BANNOCK, An Individual, <br><br> Defendants - Appellees. | No. 08-56431 <br><br> D.C. No. 3:06-cv-00921-IEG-JMA Southern District of California, San Diego <br><br><br> ORDER |

Before: THOMAS and SILVERMAN, Circuit Judges, and BEISTLINE,[*] Chief District Judge.

Pursuant to stipulation by the parties, and for good cause shown, this case is

dismissed with prejudice. Each party shall bear their respective costs and

---

[*] The Honorable Ralph R. Beistline, United States District Judge for the District of Alaska, sitting by designation.

attorneys' fees.  A certified copy of this order sent to the district court shall

constitute the mandate.